NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MICHAEL JAMES DEARDEUFF,    )
 )
     Appellant,    )
 )
v.    )    Case No.  2D18-835
 )
STATE OF FLORIDA,    )
 )
     Appellee.    )
_____)

Opinion filed May 3, 2019.

Appeal from the Circuit Court for Pinellas
County; Michael F. Andrews, Judge.

Howard L. Dimmig, II, Public Defender,
and Susan M. Shanahan, Special
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Brian H. Zack,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


Affirmed.


LaROSE, C.J., and VILLANTI and ATKINSON, JJ., Concur.